JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO ALVAREZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KENNETH A. SCHORK, Co-Trustee of the Schork Family Trust; SHARON J. SCHORK, Co-Trustee of the Schork Family Trust; EL MONTE RENTS, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No.:<br>CV 16-509-DMG (JEMx)<br><br>**ORDER [18]** |

　　Pursuant to Fed. R. Civ. P. 41(a)(1), the above-captioned action is hereby ordered dismissed with prejudice. The parties shall bear their own attorneys' fees and costs. All scheduled dates and deadlines are VACATED.

DATED: June 22, 2016

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1